UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM and PATRICIA CAVALLARO, )<br>　　　　　Petitioners, )<br>　　　v. ) Civil Action No. 99-12625-PBS<br>　　　　　　　　　　　　　　　　 )<br>UNITED STATES OF AMERICA, )<br>　　　　　Respondent. ) | |

**PROCEDURAL ORDER RE: PETITION TO QUASH SUMMONS
(Docket #3) AND MOTION TO DENY PETITION (Docket #15)**

March 26, 2001

Saris, U.S.D.J.

　　At the hearing, both sides informed the Court that they wanted to supplement the record after taking an additional deposition. It has been six months, and the Court has received no additional materials. The government shall file any supplemental brief or appendix materials within 10 days. The Cavellaros shall respond within 14 days. Otherwise, the Court will rule on the existing record.

　　　　　　　　　　　　　　　　/s/ Patti B. Saris
　　　　　　　　　　　　　　　　PATTI B. SARIS
　　　　　　　　　　　　　　　　United States District Court

DOCKETED　　　26